MARY HORNBY LAPIEDRA, Individually and as Administratrix de Bonis Non, etc., of BRIDGET DITTON, Deceased, Respondent, v. AMERICAN SURETY COMPANY and THOMAS W. TUITE, Appellants.— Judgment reversed upon the law and complaint dismissed, without costs. The appointment of plaintiff as administratrix *de bonis non*, and the granting of letters of administration to her, are void, the record showing that the prior administrator is living, and that his letters have never been revoked, pursuant to section 136 of the Surrogate's Court Act. We also think that plaintiff's individual rights, and those of other distributees, cannot be determined upon the proof adduced on the present trial. The record also discloses that the referee erred in receiving and excluding evidence material to the proper disposition of the controversy; and further, that his conclusions are not supported by the evidence. The dismissal of the complaint is without prejudice to the rights of the plaintiff, or any other person interested in the estate, to take such further action or proceeding as they may be advised. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur. Settle order upon notice, including any necessary reversal of findings and conclusions of the referee.

MACHEN REALTY CORPORATION, Respondent, v. HENRY M. MAYPER and BELLE COHEN, Appellants. HARRY D. MENCHER, Defendant.— Order modified so as to grant motion of defendants Mayper and Cohen to strike out the portions of plaintiff's reply referred to and specified in their notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to appellants. We think the matter sought to be stricken out of the reply is plainly inconsistent with the allegations of the complaint, and constitutes a separate defense by way of avoidance of the counterclaim. It should, therefore, be stricken out. (See *Streeter* v. *Cloud*, 171 App. Div. 572.) Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ., concur. Settle order on notice.

MANUFACTURERS' LIABILITY INSURANCE COMPANY, Appellant, v. STATEN ISLAND SHIPBUILDING COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

ROSE MARKUM and LORENZ MARKUM, Appellants, v. CHARLES KALLMEYER and MARY KALLMEYER, Respondents.— Judgment reversed upon the law and the facts, and new trial granted, costs to abide the event. The evidence was sufficient to present an issue for the jury as to whether plaintiff Rose Markum was injured because of the defective condition of the platform. Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ., concur.

LETTIE MASSE, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY and CALLAN BROS., INC., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.